UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6622

BILLY TEDDER,

            Plaintiff - Appellant,

      v.

SERGEANT JOHNSON,

            Defendant – Appellee,

      and

MARGRETT BELL, Associate Warden of Security; WARDEN ANTHONY
PADULA; DIRECTOR JOHN OZMINT, South Carolina Department of
Corrections,

            Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   J. Michelle Childs, District
Judge. (8:09-cv-03067-JMC)

Submitted:  September 16, 2014      Decided:  September 29, 2014

Before TRAXLER, Chief Judge, WYNN, Circuit Judge, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Billy Joe Tedder, Appellant Pro Se.  Walker Heinitsh Willcox,
WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for

Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Joe Tedder appeals the district court's judgment entered after a jury found for the defendant on Tedder's 42 U.S.C. § 1983 (2012) complaint in which he alleged excessive force. We have reviewed the record and find no reversible error. Accordingly, we affirm. We deny Tedder's motion for the preparation of a transcript at government expense, and his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED